IN THE _DISTRICT_ COURT OF _RICHLAND_ COUNTY
STATE OF _SOUTH CAROLINA_

_LANGSTON ROGERS JR_
Petitioner/Plaintiff,

Vs.

_DORN VA. MEDICAL FACILITY_
_(Welcome Center, Employer And Mr Ball)_
Respondent/Defendant

NO. _____

RECEIVED CLERK, COLUMBIA
2022 JUL 28 AM 10: 40

## COMPLAINT

COMES NOW _LANGSTON ROGERS JR_, Plaintiff, and in support of his claim for relief

would show unto the Court the following facts, to-wit:

1.  That _Langston Rogers Jr_ is an actual adult resident citizen of _Columbia_ County, _Richland_.

2.  That the Defendant, _Mr Ball_, is an actual adult resident citizen of _United States_ County; _Richland_, that he is employed by _Welcome Center_ _Dorn VA medical facility_ in _Columbia_, _South Carolina_, where he may be served with process.

3.  This Court has jurisdiction of the parties and of the subject matter of this cause.

4.  Plaintiff would show that on or about *(provide detailed facts giving rise to cause of action)* ...... _On the 21-22 Day of July 2022. I explained to staff at Dorn Medical Facility that I was in Group (3) and Group (S) according to Title 10. 1171 38 CFR 3.12a paragraph (c) section 1-2 I'm also an humanitarian emergency with an humanitarian medal_

5.  Plaintiff would show that Defendant *(describe specific cause of action based upon facts provided above)* ...... _Did, Violated the Constitution of the United States and the Army Enlisted Personnel Management Manual for National Guard and Regular Army Classified and Unclassified manuel for the Department of Defense? DoD Number 1210684162 SIR!_

- 1 -

6.    As a proximate result of these breaches of duty, Plaintiff *(provide description of remedy sought)* Remedy Sought Plaintiff Humbly Request that all Rights and Benefits be Given To this Army Veteran as Prior Service and Any Retroactive pay for Either his Enlistment 1987-1989, 1991 and Request a copy of his whole Military File Decorations Accomodations and History. WHEREFORE, PREMISES CONSIDERED, Plaintiff files this suit and demands

judgment of and from the Defendant for actual / compensatory / punitive damages *(select* Request Stakeholder engagement CHERYL Rauls To give this Veteran HUD-VASH *applicable award type),* Plaintiff further demands interest and all costs of this action. Voucher in the Amount of $32.000 a month

Dated: 07/28/2022

Respectfully, submitted,

Name: IN PRO-SE LANGSTON ROGERS JR
Title: PRACTICING PARALEGAL INTERN
Address: 1601 Assembly St UNIT 8892
Address:
City, State, Zip: Columbia SC 29201
Phone: 803-205-9147
Fax: 893-748-5018
E-Mail: Blackmoon Rising 109@ymail.com
Attorney No.: Stand IN Counsel, KIELEY M. SUTTON Attorney at Law, Richland County Judicial Center

## CERTIFICATE OF SERVICE

I, Langston Rogers JR, do hereby certify that I have this day mailed,

U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing to

District Court, at the following address;
901 RICHLAND St, Columbia SC 29201

THIS the 28 day of July, 20 22.

Sworn and subscribed before me this 28th day of July 2022.

SARAH CAMERON
Notary Public, State of South Carolina
My Commission Expires 12/28/2028

- 2 -